## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF LOUISIANA

| In re<br>Lisa Rochelle McGuire<br>　　　　　Debtor(s). | Case No. **14-10211**<br><br>Chapter 13<br><br>**NOTICE OF SATISFACTION OF PROOF OF CLAIM #15-1** |
|---|---|

TO: DEBTOR(S), ATTORNEY FOR DEBTOR(S), CHAPTER 13 TRUSTEE, and all interested parties:

NOTICE IS HEREBY GIVEN that JP Morgan Chase Bank, National Association is canceling the debt related to the Proof of Claim filed on 6/23/2014 and assigned as Claim number 15-1 and considers the Proof of Claim as satisfied as of the date of this Notice. Chase will be releasing the lien on the mortgage loan and canceling the mortgage balance. Accordingly, any future disbursements on Claim number 15-1 should cease at this time. Any monies received after the date of this notice will be returned to the sender.

Dated: June 29, 2018

Respectfully submitted,
Bonial & Associates, P.C.

/s/ John Rafferty
John Rafferty
14841 Dallas Parkway, Suite 300
Dallas, TX 752540
(972) 643-6600
(972) 643-6698 (Telecopier)
Email: POCInquiries@BonialPC.com
Authorized agent for JP Morgan Chase Bank, National Association

- 2 -

### CERTIFICATE OF SERVICE OF NOTICE OF SATISFACTION OF CLAIM

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before the 29th day of June, 2018 via electronic notice unless otherwise stated:

**Debtor** *Via U.S. Mail*
**Lisa Rochelle McGuire**
133 James Aitkens Street
Houma, LA 70360
TERREBONNE-LA

**Debtors' Attorney**
**Jenny Ann Abshier**
Jenny Abshier, Esq.
3939 Veterans Blvd
Suite 215
Metairie, LA 70002
(504) 222-2536
Fax : (866) 596-2555
Email: office@bigeasybk.com

*Chapter 13 Trustee*
**S. J. Beaulieu, Jr.**
433 Metairie Road
Suite 307
Metairie, LA 70005
(504) 831-1313

*U.S. Trustee*
**Office of the U.S. Trustee**
400 Poydras Street
Suite 2110
New Orleans, LA 70130
(504) 589-4018

/s/ John Rafferty
John Rafferty